IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

MARCINA RUE
SSAN: XXX-XX-6909

Debtor(s)

Case No. 14-32830-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Friday, October 17, 2014.

2. The debtor(s) §341 Meeting of Creditors was held Tuesday, December 2, 2014.

(**X**) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(X)3. Debtor was involved in an automobile accident and the 2006 Nissan Sentra was deemed a total loss. A motion to approve settlement is pending. The plan still reflects the vehicle being paid as a secured claim to Motors Acceptance through the plan.
4. Debtor's Amended Schedule B lists a personal injury claim from the motor vehicle accident, but the plan fails to commit potential proceeds from the personal injury claim to the plan for unsecured creditors.
5. The 2007 Nissan Altima is still reflected on the plan as a lease to be assumed and paid directly by the debtor. Schedule F and Statement of Financial Affairs lists the vehicle as stolen with insurance to pay $11,000.00 to Motors Acceptance and leaving an approximate balance of $1,000.00. The plan is inconsistent with respect to this claim and should be amended to reject the lease and treat Motors Acceptance as an unsecured creditor for any deficiency. This would produce additional income for the benefit of unsecured creditors.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, December 29, 2014.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Sabrina L. McKinney*

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 29 December, 2014.

Copy to: DEBTOR(S)
JOSHUA C MILAM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney