UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 14−32830
Chapter 13
Marcina Rue

    Debtor

## ORDER

This case is before the court on the following matter:

*18 −* Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Joshua C. Milam on behalf of Marcina Rue. Responses due by 01/8/2015. (Attachments: # 1 Exhibit A) (Milam, Joshua)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated: January 9, 2015

    /s/ Dwight H. Williams Jr.
    United States Bankruptcy Judge