IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                             CASE NO. 14-32830-DHW

**MARCINA RUE, XXX-XX-6909,**

    **Debtor.**

## TRUSTEE'S MOTION TO SET ASIDE ORDER DISMISSING CASE

COMES NOW, the Trustee, by and through the undersigned counsel, and moves this Honorable Court to set aside its order dismissing the Chapter 13 case and as grounds for said motion, the Trustee states as follows:

On or about October 17, 2014, the debtor filed for relief pursuant to Chapter 13 of the Bankruptcy Code. The debtor's case was confirmed January 12, 2015.

The debtor was involved in an auto accident in November 2014. The debtor pledged the cause of action on the amended plan and Schedule B.

On February 19, 2015, the Trustee sent a letter to the lawsuit attorney, Scott Soutullo.

On February 20, 2015, a notice of default was sent to the debtor for failure to make payments pursuant to the plan.

On April 17, 2015, the Trustee filed a motion to dismiss the case for failure to pay.

A follow up letter was sent to Mr. Soutullo on September 22, 2015.

On or about October 13, 2015, the undersigned counsel received an email from Mr. Soutullo with details of the lawsuit settlement. The Trustee was unaware that a settlement was pending at the time of the filing and hearing on the motion to dismiss.

An order was issued by this Honorable Court dismissing the case on October 5, 2015.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to set aside the order dismissing the Chapter 13 case so that Mr. Soutullo may file the necessary

motions to have the settlement approved and to forward the net lawsuit proceeds to the Trustee to be disbursed to unsecured creditors in accordance with the terms of the confirmed plan.

Respectfully submitted this 15th day of October, 2015.

CURTIS C. REDING
Chapter 13 Trustee

BY: /s/Sabrina L. McKinney
SABRINA L. MCKINNEY
Staff Attorney

Office of the Chapter 13 Trustee
P O Box 173
Montgomery, AL 36101-0173
Phone: (334) 262-8371
Fax: (334) 262-8599
mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, hereby certify that I have served copies of the foregoing Trustee's Motion to Set Aside Order Dismissing Case on the parties listed below by either electronic mail or by placing same in the United States Mail, postage prepaid and properly addressed, this 15th day of October, 2015.

/s/Sabrina L. McKinney
Sabrina L. McKinney

Marcina Rue
PO Box 534
Georgiana, AL 36033

Joshua C. Milam via electronic mail

Scott Soutullo
Alexander Shunnarah Injury Lawyers, PC
PO Box 2125
Mobile, AL 36652