UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 14-32830-DHW
                                               Chapter 13
MARCINA RUE,

    Debtor.

## ORDER VACATING DISMISSAL
## ORDER REINSTATING BANKRUPTCY CASE

Trustee filed a motion (Doc. # 43) to set aside the order of dismissal of this bankruptcy case. Debtor's case was dismissed on October 5, 2015 (Doc. #41). The motion came on for a hearing on October 26, 2015. In accordance with the ruling from the bench in open court, it is

ORDERED that October 5, 2015 order of dismissal (Doc. #41) is VACATED, and this chapter 13 case is REINSTATED.

Done this 26th day of October, 2015.

*Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Joshua C. Milam, Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors