IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE<br>NO. 14-32830-DHW |

**MARCINA RUE, XXX-XX-6909**

Debtor.

---

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: Approve Compromise or Settlement pursuant 9019(a)

---

## MOTION TO APPROVE SETTLEMENT

COMES NOW, **Scott Soutullo**, previously approved special counsel for the debtor herein, and moves this Honorable Court to approve the final settlement of all of debtor's traffic accident - related claims of damages; and as grounds for same, states as follows:

On or about **November 18, 2014**, the debtor herein employed the law firm of Alexander Shunnarah Gulf Coast, LLP, and thereby attorney Scott Soutullo, *of counsel* to said firm, as attorney to pursue her damages resulting from a traffic

accident that occurred on **November 16, 2014.** An out-of-court settlement has been reached in the amount of **$14,750.00**. However, **Affirmative Insurance** claim representative / agent, **Terri Barbay**, and the Debtor through her undersigned counsel, understand that said settlement and/or the proposed disbursements thereof, is not final, until final approval of this Court. Therefore, upon final approval, the settlement itself, and the itemized disbursements of same, shall be made in accordance with this Court's final order.

As it stands, without any sustained objections or other adjustments by this court, or by other adjustments by agreement of the parties or creditor(s), the settlement *would* break down as follows:

| | | |
|---|---|---|
| **1.** | **Gross Settlement Amount:** | **$14,750.00** |
| 2. | Attorney Fee of 33.3333%: | $4,916.66 |
| 3. | Out-of-Pocket Expenses of Attorneys: | $217.00 |
| 4. | American Family Care: | $20.00 |
| 5. | Accident Spine & Rehab (Voluntarily reduced from $6,098.00): | $3,200.00 |
| 6. | Blue Cross Blue Shield of Alabama ("Common Fund" reduction from $176.63): | $120.00 |
| **7.** | **Net Settlement Proceeds to Disburse:** | **$6,276.64** |

However, the foregoing disbursement may require equitable adjustments. In the circumstances of any bankruptcy during which there arises an <u>apparent</u>

"windfall" to the Debtor, equitable considerations abound. Undersigned counsel is fully cognizant of the equitable rights and claims of the creditors in this circumstance as well as those due to his client, the Debtor herein.

As to the Debtor, undersigned counsel would argue that as much of the net settlement proceeds of **$6,276.64** as possible, if not all of it, be approved for payment to the debtor, Marcina Rue, due to significant hardships, as follows:

**Hardship #1:** Ms. Rue is without transportation since May, as Bell's Transmission in Montgomery advises that she needs what might generically be referred to as an "overhaul" on the 2.4-liter engine in her 2003 Honda Accord (VIN: 1HGCM56353A096885 / 118,675 miles), and she cannot afford it. She is paying for rides and it is causing her to miss work and she needs the money for either a different vehicle or to repair the aforementioned Honda. An estimate from Bell's, attached as **Exhibit A**, is for **$2,460.27.**

**Hardship#2:** Ms. Rue's 18-year-old daughter, Shakinya Lawrence (DOB: 04/15/1997), enrolled with Huntington College on or about 08/21/2015. Ms. Lawrence is in good standing as a student. However, she may not proceed with her Spring registration (which started on 11/15/2015), until the amount of **$2,243.40** is paid. The amount of **$747.80** is also due at the end of November, 2015 and **$747.80** is due again at the end of December, 2015. See **Exhibit "B"**

for the foregoing; it is an email from the Director of Student Financial Services, Belinda Duett, dated 11/10/2015. Classes start 01/12/2015.  We are advised that Shakinya Lawrence can still register for the Spring as long as she gets these items paid.

**Hardship #3:**   Shakinya Lawrence's father, Anthony Lawrence, has never paid any of the $300.00 per month in child support that he was supposed to pay since this was ordered on 04/07/2014 in Montgomery County Circuit Court Case 03-DR-2014-900251.  See attached **Exhibit "C."**

WHEREFORE, the above premises considered, the undersigned moves this Honorable Court to approve the debtor's auto accident settlement as herein proposed. The undersigned will file a separate application for approval of fees and reimbursement of expenses.

Respectfully submitted this 30th day of November, 2015.

By:   /s/ Scott Soutullo
*SCOTT SOUTULLO* (**SOU004**)

**OF COUNSEL:**
SCOTT SOUTULLO
ALEXANDER SHUNARRAH GULF COAST, LLP
P.O. Box 2125
Mobile, AL 36652
Phone: (251) 391-1212
Fax:    (251) 650-1358
Email: scott@lawyerscott.com

# CERTIFICATE OF SERVICE

I, Scott Soutullo, certify that I have served a copy of the foregoing MOTION TO APPROVE SETTLEMENT on the parties listed below by this court's e-filing system and/or email.

/s/ Scott Soutullo
Scott Soutullo


DEBTOR:
Marcina Rue (via email / msmarcina@gmail.com)
204 Morgan St.
Georgiana, AL 36033


DEBTOR'S ATTORNEY:
Joshua Milam, debtor's Attorney (via email / jmilam@smclegal.com)
P.O. Box 201
Montgomery, AL  36101


ATTORNEY FOR THE BANKRUPTCY TRUSTEE:
Sabrina L. McKinney, Esq. (via email / mckinneys@ch13mdal.com)
o/b/o Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101-0173


BANKRUPTCY ADMINISTRATOR:
Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL  36104



**Bell's Transmission Service**
808 Lagoon Commercial Blvd
Montgomery, AL 36117
(334) 272-8575

RO#: 30741
DATE: 06/17/2015

### Vehicle Info
VIN: 1HGCM56353A096885   Lic: AL10AP346
2003 HONDA ACCORD   Color: SILVER
Engine: 2.4LITER   Transmission: MCTA/MCLA/BCLA
Mileage In: 118,675

### Customer Info
MARCINA RUE
5143 CATER DRIVE
MONTGOMERY, AL 36108
Home: (334) 437-3407   Work: (334) ___-____
Cell: (334) ___-____

### Recommended Services:

### Customer Concerns:
CHECK THE VEHICLE IS HARD TO START AT TIMES AND COULD BE CAUSE BY BLOWED HEAD GASKET!!

### PARTS:

| PART# | DESCRIPTION | QTY | UNIT$ | TOTAL$ |
|---|---|---|---|---|
| | RESURFACED CYLINDER HEAD | 1 | 85.00 | 85.00 |
| | HEAD GASKET SET | 1 | 219.00 | 219.00 |
| | ANTI-FREEZE | 1 | 19.23 | 19.23 |
| | THERMOSTAT | 1 | 74.00 | 74.00 |
| | 4 SPARK PLUGS | 4 | 21.55 | 86.20 |

*ESTIMATE*

### LABOR:

| TECH | DESCRIPTION | HRS | RATE$ | AMOUNT$ |
|---|---|---|---|---|
| DAVID DEJARNETT | LABOR ON CYLINDER HEAD JOB | 20.3 | 85.00 | 1928.50 |

### SUBLET:
DESCRIPTION — CHARGE$

**Warranty:** 12 MONTHS/12,000 MILES   ☐ Return Parts

I hereby authorize the repair work listed hereon, including sublet work, to be done along with necessary materials, and hereby grant you and / or your employees, permission to operate the car, truck or vehicle herein described on streets, highways or elsewhere for the purpose of testing and /or inspection. An express mechanic's lien is hereby acknowledged on above car, truck or vehicle to secure the amount of repairs thereto. You wil not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond our control. In the event it is necessary to retain an attorney to collect for the services and goods shown on this invoice, the repair facility will be entitled to a reasonable attorney fee in addition to its court cost. AUTHORIZED BY:_____ DATE:_____

| | |
|---|---|
| Parts: | $483.43 |
| Labor: | $1,928.50 |
| Sublet: | $0.00 |
| Supplies: | $0.00 |
| Subtotal: | $2,411.93 |
| Tax: | $48.34 |
| Haz. Waste: | $0.00 |
| Total: | $2,460.27 |
| -Payments: | $0.00 |
| Total Due: | $2,460.27 |

**WAIVER OF ESTIMATE**
Check one of the following statements and sign. I understand that, by law, I am entitled to a written estimate of work to be performed.
___ I request a written estimate
___ I authorize work not to exceed $_____
___ I do not request a written estimate
Signature _____ Date _____

**REVISION OF ESTIMATE** Date _____
Parts _____   Time _____
Labor _____   Contacted by _____
Sublet _____   ___ in person ___ By Phone
Authorized by _____

Rue, Marcina  **Exhibit "B"**

| | |
|---|---|
| From: | Belinda Duett <bduett@hawks.huntingdon.edu> |
| Sent: | Tuesday, November 10, 2015 3:08 PM |
| To: | Rue, Marcina |
| Subject: | Student Account - Lawrence, S |
| Attachments: | Lawrence, S..pdf |

Ms. Rue,

Attached is an academic bill for Shakinya. It has been updated to reflect the additional loans she was awarded today. Her payments are $747.80 each month August through December. August through October are past due ($2243.40) and must be paid prior to 11/15/15 to be register. Additionally, November and Decembers payments must be paid by the last business day of the month they are due in order to avoid additional late fees. Please let me know if you have any additional questions.

--
Belinda Goris Duett, B.A., B.S., M.P.A.
Director of Student Financial Services
Huntingdon College
1500 East Fairview Avenue
Montgomery, AL 36106
334-833-4519 ph
334-833-4235 fx
sfs@huntingdon.edu

1

Lawrence, Shakinya                                                      System ID 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

# 2015-2016 Academic Year Bill

This bill is current with the information availble to us as of **11/10/2015**. Revised bills will be sent as we are notified of changes. Should the information below conflict with the financial aid award letter, please defer to the award letter and contact this office immediately. Payments are due by the published deadlines. **Music Fees** and other course fees are not included below; contact us if you are taking private music lessons or participating in a recital. **Overload fees** will be assessed at $1000 per credit hour above 18 hours in each semester, as noted in the College Catalog, and are not calculated below.

**This is your bill; statements for the account will be published monthly to your SelfServ account.**

|  | Fall | Spring | Year |
|---|---|---|---|
| Tuition | $12,000.00 | $12,000.00 | $24,000.00 |
| Student Fee | 1,050.00 |  | 1,050.00 |
| Room & Board (see note below) | 4,425.00 | 4,425.00 | 8,850.00 |
| Other Charges | 90.00 |  | 90.00 |
| **Total Charges** | **$17,565.00** | **$16,425.00** | **$33,990.00** |
| Cheer Scholarship | $5,500.00 | $5,500.00 | $11,000.00 |
| Federal PELL Grant | 2,888.00 | 2,887.00 | 5,775.00 |
| Direct Sub/Unsub Stafford Loan | 2,722.00 | 2,722.00 | 5,444.00 |
| Federal SEOG Grant | 500.00 | 500.00 | 1,000.00 |
| Tuition Deposit | 100.00 |  | 100.00 |
| Alabama Student Grant (est.) | 387.00 | 387.00 | 774.00 |
| Additional Unsub Loan | 1,979.00 | 1,979.00 | 3,958.00 |
| **Total Aid** | **$14,076.00** | **$13,975.00** | **$28,051.00** |
| **BALANCE DUE** | **$3,489.00** | **$2,450.00** | **$5,939.00** |

*Room and Board charges are based upon a double occupancy cluster style room. If you are in a different room, you may request an update to reflect your actual charges.
*Federal Loan proceeds will not be credited to the account until completion of loan application, approval, receipt of check/EFT from lender and, endorsement of the check by student or parent if necessary. Federal loans may have up to a 5% fee taken out before the loan proceeds arrive. The fee has been assessed above.
*PACT/FL Prepaid proceeds will not be billed for and credited to the account until the Institutional Prepaid Tuition worksheet is received and the funds are received from the state. Funds are estimated at 12 hours. After registration, you may submit a request to receive an update based upon actual hours enrolled in.
*The Alabama Student Grant proceeds will not be credited to the account until completion of an application and receipt of funds from the state.
*Federal Work Study (FWS) may NOT be used in calculating total financial aid resources for the purposes of this bill. However, if the FWS awarded to you is greater than your balance due, AND if the actual FWS earnings are equal to or greater than the amount awarded, AND monthly payments are made on the 15th of each month, then the $250.00 Deferred Payment Plan fee will be removed from your account at the end of the school year.

| PLEASE RETURN TO: | Student Account Manager<br>Huntingdon College<br>1500 East Fairview Avenue<br>Montgomery, Alabama 36106 | If you have any questions<br>please call<br>334-833-4404. |
|---|---|---|

## Lawrence, Shakinya

| Fall | | Spring | | Yearly Overview | |
|---|---|---|---|---|---|
| Fall Charges | $17,565.00 | Spring Charges | $16,425.00 | Total Charges | $33,990.00 |
| Fall Aid | $14,076.00 | Spring Aid | $13,975.00 | Total Aid | $28,051.00 |
| Fall Amount Due | $3,489.00 | Spring Amount Due | $2,450.00 | Total Amount Due | $5,939.00 |

Payments are subject to change as aid and charges are increased or decreased. Revised payment schedules are available upon request.

**SELECT AN OPTION BELOW**

**A.** ☐ **Payment in full each semester**

Fall payment due August 31     $3,489.00
Spring payment due January 19     $2,450.00

If you have a credit balance - your account is considered to be paid in full by Financial Aid.

If you intend to pay in full each semester through a Parent Loan/Private loan, please check this box ☐

Any student whose account is not paid in full by the specified deadlines above will be placed on the 10 month payment plan below.

**B.** ☐ **Deferred Payment Plan (DPP)**

There is a $250*annual fee to make installment payments. A student will be defaulted to the 10 Month payment plan (5 months in Fall & 5 months in Spring). Fall payments may be lowered by choosing to begin the payment plan in June or July. To do so, please mark the appropriate space below.
A $30 LATE FEE WILL BE ASSESSED FOR EACH LATE PAYMENT.

* The $250 fee is included in the Fall payment amounts below.

| | ___ 7 mth | ___ 6 mth | Default 5 mth | | **Default 5 mth |
|---|---|---|---|---|---|
| June 15th | $534.14 | | | | |
| July 15th | 534.14 | $623.17 | | | |
| Aug. 15th | 534.14 | 623.17 | $747.80 | Jan. 15th | $490.00 |
| Sept. 15th | 534.14 | 623.17 | 747.80 | Feb. 15th | 490.00 |
| Oct. 15th | 534.14 | 623.17 | 747.80 | Mar. 15th | 490.00 |
| Nov. 15th | 534.14 | 623.17 | 747.80 | April 15th | 490.00 |
| Dec. 15th | 534.14 | 623.17 | 747.80 | May 15th | 490.00 |

**For Spring only Deferred Payment Plans, add $50 to each of the 5 Spring payments.

Please contact us, if your situation requires a different type of plan, such as quarterly payments.

I give Huntingdon College permission to hold any credit balance on my account until I request the balance to be refunded to me or it is applied to my educational expenses in a future term.

Sign_____     Date_____

## Huntingdon College Promissory Note

I, **Shakinya Lawrence**, understand and agree that I am responsible for any balance due to Huntingdon College on the specified due dates each year according to the payment option I choose each

**Exhibit "C"**

INCOME WITHHOLDING FOR SUPPORT

☑ ORIGINAL INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT
☐ AMENDED IWO
☐ ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
☐ TERMINATION of IWO

ELECTRONICALLY FILED
4/7/2014 2:46 PM
03-DR-2014-900251.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
TIFFANY B. MCCORD, CLERK

Date: March 19, 2014

☐ Child Support Enforcement (CSE) Agency  ☑ Court  ☐ Attorney  ☐ Private Individual/Entity  (Check One)

**NOTE TO EMPLOYER:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions http://www.acf.hhs.gov/programs/cse/forms/OMB-0970-0154_instructions.pdf). If you receive this document from someone other than a State or Tribal CSE agency or a Court, a copy of the underlying order must be attached.

State/Tribe/Territory  ALABAMA
City/County/Dist./Tribe
Private Individual/Entity

Remittance Identifier (include w/payment)
Order Identifier
CSE Agency Case Identifier

RE: Lawrence Anthony DeWayne

Employer/Income Withholder's Name
Anthony's Barber Shop
Employer/Income Withholder's Address
708 Whatley Street
Andalusia, Alabama 36420

Employee/Obligor's Name (Last, First, Middle)
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
Employee/Obligor's Social Security Number
Lawrence Marcina Lavette
Custodial Party/Obligee's Name (Last, First, Middle)

Employer/Income Withholder's FEIN

Child(ren)'s Name(s) (Last, First, Middle)
Lawrence Shakinya Nahya
Lawrence Anthony DeWayne, Jr.

Child(ren)'s Birth Date(s)
04/15/1997
06/26/2008

**ORDER INFORMATION:** This document is based on the support or withholding order from _____ (State/Tribe). You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$ 300.00  Per  month  current child support
$ _____  Per _____  past-due child support - Arrears greater than 12 weeks? ☐ Yes ☐ No
$ _____  Per _____  current cash medical support
$ _____  Per _____  past-due cash medical support
$ _____  Per _____  current spousal support
$ _____  Per _____  past-due spousal support
$ _____  Per _____  other (must specify) _____
for a Total Amount to Withhold of $ 300.00  per Month

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$ _____ per weekly pay period                     $ _____ per semimonthly pay period (twice a month)
$ _____ per biweekly pay period (every two weeks) $ _____ per monthly pay period
$ _____ Lump Sum Payment: Do not stop any existing IWO unless you receive a termination order.

**REMITTANCE INFORMATION:** If the employee/obligor's principal place of employment is in the State of Alabama (State/Tribe), you must begin withholding no later than the first pay period that occurs _14_ days after the date of this notice. Send payment within _7_ working days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold up to ____% of disposable income for all orders. If the employee/obligor's principal place of employment is not in the State of Alabama (State/Tribe), obtain withholding limitations, time requirements, and any allowable employer fees at http://www.acf.hhs.gov/programs/cse/newhire/employer/contacts/contact_map.htm for the employee/obligor's principal place of employment.

Document Tracking Identifier _____

OMB 0970-0154