## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                            CASE NO. 14-32830-DHW

**MARCINA RUE, XXX-XX-8700,**

   **Debtor.**

### TRUSTEE'S RESPONSE TO MOTION TO APPROVE SETTLEMENT

COMES NOW, the Trustee, by and through the undersigned counsel, and in response to

the debtor's motion to approve settlement (doc # 55), states as follows:

   This case was dismissed on October 5th because the debtor failed to make her planned payments to the Trustee. When the Trustee learned of the pending lawsuit settlement, a motion was filed to set aside the order and reinstate the case so that the lawsuit proceeds could be captured to pay unsecured creditors. The dismissal order was vacated and the Chapter 13 case was reinstated on October 26th.

   The Trustee has no objection to the settlement amount and payment of the post-petition medical claims to American Family Care, Accident Spine & Rehab, and Blue Cross/Blue Shield of Alabama.

   The lawsuit attorney, Scott Soutullo, states in the motion that he would "argue that as much of the net settlement proceeds of $6,276.64 as possible, if not all of it, be approved for payment to the debtor due to significant hardships". The debtor requests some portion of the proceeds to pay Huntington College for her daughter's expenses. The daughter enrolled in college **after** the accident and filing of this case. This is additional expense the debtor cannot afford.

   The motion also states that the daughter's father has never paid any of the child support that was ordered April 7, 2014. Schedule B lists the past due child support as "probably not collectible". This lack of income was a known fact at the time of filing.

   The Trustee contends that the debtor is only entitled to receive $2,211.00, the exempted amount listed on the amended Schedule C which was filed on October 23rd. Any amount over $2,211.00 must be paid to the Trustee for the benefit of unsecured creditors pursuant to the terms of the debtor's modified plan.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to approve the settlement amount and payments to American Family Care, Accident Spine & Rehab, and Blue Cross Blue Shield. The Trustee further requests that the remaining funds of $6,276.64 be turned over to the Trustee for the benefit of unsecured creditors.

Respectfully submitted this 7th day of December, 2015.

CURTIS C. REDING
Chapter 13 Trustee


BY:     /s/Sabrina L. McKinney
SABRINA L. MCKINNEY
Staff Attorney

Office of the Chapter 13 Trustee
P O Box 173
Montgomery, AL  36101-0173
Phone: (334) 262-8371
Fax: (334) 262-8599
mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, hereby certify that I have served copies of the foregoing Trustee's Response to Motion to Approve Settlement and Application for Attorney Fees and Expenses on the parties listed below by either electronic mail or by placing same in the United States Mail, postage prepaid and properly addressed, this 7th day of December, 2015.


/s/Sabrina L. McKinney
Sabrina L. McKinney


Marcina Rue
PO Box 534
Georgiana, AL 36033

Joshua C. Milam via electronic mail

Scott Soutullo
Alexander Shunnarah Gul Coast, LLP
PO Box 2125
Mobile, AL 36652

All Creditors