UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 14-32830-DHW
                                                         Chapter 13
MARCINA RUE,

      Debtor.

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT

Debtor filed a Motion to Approve Settlement Agreement (Doc. #55) concerning a cause-of-action arising out of an auto accident. On January 11, 2016, the court held a hearing on the matter after due notice to the debtor and all creditors. Trustee objected to the proceeds being paid directly to the debtor and stated debtor was only entitled to receive $2,211.00. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the settlement agreement is APPROVED, provided that all net proceeds are paid to Trustee and from those proceeds, Trustee is to pay $2,211.00 as exempted proceeds.

Done this 12th day of January, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Joshua C. Milam, Attorney for Debtor
      Curtis C. Reding, Trustee
      Bankruptcy Administrator